# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE TO DISTRICT COURT OF RELATED CRIMINAL DUTY FILING

Number of current Criminal Duty Filing: CR Misc No. **18CM00739**

Title(s) of document(s) making up current criminal duty filing:
Ex Parte Application for Order Appointing Commissioner; Exhibit
[proposed] Order

The United States of America hereby informs the Court that the above-referenced criminal duty filing
*(Check all that apply and provide appropriate information)*:

a) ☑ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned
*(provide case number(s) and assigned judge(s) for all related criminal duty matters)*:

_____

_____

c) ☐ relates to the following indictment(s) previously filed and assigned
*(provide case number(s) and assigned judge(s) for all related pending indictments)*:

_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a
related criminal duty matter or a related indictment listed above. Explain:

_____

Respectfully submitted,

DATED: May 1, 2018                    s/ JOHN J. LULEJIAN
                                       Assistant United States Attorney

---

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**

---